IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DAVID ALARCON and NORMA
ALARCON,

      Plaintiffs,

v.     No. 12-cv-0842 WPL/SMV

AMER SPORTS COMPANY, a foreign
corporation, MAVIC INCORPORATED,
a foreign corporation, JOHN DOES 1–3, and
ABC CORPORATIONS 1–3,

      Defendants.

## ORDER ADOPTING JOINT STATUS REPORT AND PROVISIONAL DISCOVERY PLAN

THIS MATTER comes before the Court on a Rule 16 scheduling conference.  Following a review of the parties' Joint Status Report and Provisional Discovery Plan [Doc. 38], filed October 4, 2012, the Court adopts the Joint Status Report and Provisional Discovery Plan as modified by the Court's Scheduling Order [Doc. 43], filed on October 26, 2012.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**