## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**DAVID ALARCON and**
**NORMA ALARCON, husband and wife,**

    **Plaintiffs,**

**v.**                                                                        **No. 12-cv-0842 WPL/SMV**

**AMER SPORTS COMPANY, a foreign**
**Corporation; MAVIC, INC., a foreign**
**Corporation; JOHN DOES 1-3;**
**ABC CORPORATIONS 1-3,**

    **Defendants.**

### ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW AND SUBSTITUTION OF COUNSEL

THIS MATTER is before the Court on Defendants' Unopposed Motion to Withdraw and Substitution of Counsel [Doc. 48]. The Court, being informed that the Motion is unopposed, and being otherwise fully advised in the premises, finds that the Motion is well-taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the Unopposed Motion to Withdraw and Substitution of Counsel [Doc. 48] is **GRANTED**. The Law Offices of Ellen S. Levy (Shannon Marie Phillips) are **TERMINATED** as counsel of record for Defendants Amer Sports Company and Mavic, Inc., and Allen, Shepherd, Lewis & Syra, P.A., (Ben M. Allen) shall be **SUBSTITUTED** as counsel of record for Defendants Amer Sports Company and Mavic, Inc.

**IT IS FURTHER ORDERED** that Defendants' Stipulated Motion to Withdraw as Counsel and Notice of Appointment of Substitute Attorney [Doc. 47] is **DENIED AS MOOT.**

**IT IS SO ORDERED**.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**