**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

**DAVID ALARCON and**
**NORMA ALARCON,**

      Plaintiffs,

v.                                                                             No. 12-cv-0842 WPL/SMV

**AMER SPORTS CO.; MAVIC, INC.;**
**JOHN DOES; and ABC CORPORATIONS,**

      Defendants.

**ORDER VACATING SETTLEMENT CONFERENCE**
**AND SETTING TELEPHONIC STATUS CONFERENCE**

THIS MATTER is before the Court sua sponte. The Court finds that the settlement conference scheduled for January 22, 2013, needs to be rescheduled for a later date.

**IT IS THEREFORE ORDERED, ADJDUDGED, AND DECREED** that the Court's Order Setting Settlement Conference [Doc. 45] is hereby **VACATED** in its entirety. The settlement conference scheduled for January 22, 2013, in Albuquerque, New Mexico, is therefore vacated.

**IT IS FURTHER ORDERED** that a status conference is hereby set for January 22, 2013, at 9:30 a.m. Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings. Parties shall confer with Judge Vidmar to choose a date on which to reschedule the settlement conference. Parties are reminded to have their calendars available for the hearing.

IT IS SO ORDERED.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**