IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DAVID ALARCON and
NORMA ALARCON,

    Plaintiffs,

v.                                                        No. 12-cv-0842 WPL/SMV

AMER SPORTS CO.,
MAVIC INC.,
JOHN DOES, and
ABC CORPS.,

    Defendants.[1]

## ORDER GRANTING UNOPPOSED MOTION TO EXTEND DISCOVERY DEADLINE AND AMENDING ORDER SETTING SETTLEMENT CONFERENCE

THIS MATTER is before the Court on Plaintiffs' Unopposed Motion to Extend Discovery Deadline [Doc. 69]. Plaintiffs seek a one-week extension of the discovery deadline, currently set for April 23, 2013. The Court, being informed that the Motion is unopposed, and being otherwise fully informed in the premises, FINDS that the Motion is well-taken and should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Plaintiffs' Unopposed Motion to Extend Discovery Deadline [Doc. 69] is **GRANTED**. The discovery deadline is hereby **EXTENDED** to **April 30, 2013**.

**IT IS FURTHER ORDERED** that the Court's Amended Order Setting Settlement Conference [Doc. 62] is **AMENDED** as follows:

---

[1] Mavic, Inc., is the only Defendant that is in the present case. *See* Order Granting Joint Motion to Dismiss [Doc. 52].

| | |
|---|---|
| **Plaintiffs provide copies of settlement letters to the Court by:** | May 1, 2013, by 5:00 p.m. |
| **Parties' confidential position statements due to the Court:** | May 1, 2013, by 5:00 p.m. |

All other pretrial deadlines remain unchanged.

    **IT IS SO ORDERED**.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**