# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

DAVID ALARCON and
NORMA ALARCON,

      Plaintiffs,

v.                                    No. 12-cv-0842 WPL/SMV

AMER SPORTS CO.,
MAVIC INC.,
JOHN DOES, and
ABC CORPS.,

      Defendants.

## ORDER TO FILE CLOSING DOCUMENTS

Per a telephone call from Plaintiffs' counsel, the Court is advised that the parties reached a settlement in this matter on April 16, 2013.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that closing documents be filed no later than **May 17, 2013**, absent a request for an extension and a showing of good cause.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**