IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DAVID ALARCON and
NORMA ALARCON, husband and wife,

      Plaintiffs,

v().                                                Cause No. 2:12-CV-00842-WPL-SMV

MAVIC, INC., a foreign Corporation;
JOHN DOES 1-3;
ABC CORPORATIONS 1-3,

      Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER having coming before the Court upon the joint motion of the parties, and good grounds having been stated for the motion,

NOW THEREFORE it is by the Court ordered that Plaintiffs' complaint and all causes of action therein be and they hereby are dismissed with prejudice. Each party to bear their respective costs and attorneys' fees.

                                                        */s/ William P. Lynch*
                                                  William P. Lynch
                                                  United States Magistrate Judge

A true copy of this order was served
on the date of entry--via mail or electronic
means--to counsel of record and any pro se
party as they are shown on the Court's docket.